UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA RODRIGUEZ,

    Plaintiff,

v.                                             Case No.: 2:20-cv-00245-JLB-NPM

ASSET RECOVERY SOLUTIONS, LLC,
and BUREAUS INVESTMENT GROUP
PORTFOLIO NO. 15, LLC,

    Defendants.
_____/

## ORDER

    The parties have filed a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 17.)  The Stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.  The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

    **ORDERED** in Fort Myers, Florida on September 15, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE